August 21, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

RAPID SETTLEMENTS, LTD., Appellant

NO. 14-14-00433-CV                    V.

SETTLEMENT FUNDING, LLC D/B/A PEACHTREE SETTLEMENT
FUNDING AND SIMMIE BERNARD KING, Appellees

_____

Today the Court heard appellant's amended motion to dismiss the appeal from the judgment signed by the court below on March 3, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that appellant shall bear the costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.